WORLD WAR II VETERANS MEMORIAL HOSPITAL *v.*
COMMISSION ON HOSPITALS AND HEALTH
CARE ET AL.

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of New Haven at New Haven is denied by the court.

*Elliott B. Pollack,* in support of the petition.

*Jane S. Scholl,* assistant attorney general, and *J. Michael Eisner* and *Judy A. Rabkin,* in opposition.

Decided September 19, 1979

FLEMING-MORELL CORPORATION *v.* HOWMET
CORPORATION

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*William P. Mason III,* in support of the petition.

*Anthony M. Fitzgerald,* in opposition.

Decided September 19, 1979

HOUSING AUTHORITY OF THE CITY OF HARTFORD *v.*
MARIE MCKENZIE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Robert J. Kor,* in support of the petition.

*Daniel B. Kenney,* in opposition.

Decided September 19, 1979